AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     Delaware

Dong O. Chung

V.

John E. Potter,
Postmaster General,
United States Postal
                Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 - 139

TO: (Name and address of Defendant)

John E. Potter, Postmaster General
U.S. Postal Service
475 L'Enfant Plaza S.W.
10th Floor
Washington, D.C. 20260

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~ATTORNEY~~ (name and address)

Dong O. Chung
111 Stirrup Drive
Elkton, MD 21924-4055

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         MAR 0 9 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/26/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: JOHN E. POTTER, POSTMASTER GENERAL U.S. POSTAL SERVICE C/O THE U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE 1007 N. ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SHARON BRYANS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/26/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED BY REGISTERED MAIL ON 4/26/07 TO
1. JOHN E. POTTER POSTMASTER GENERAL
   475 L'ENFANT PL S.W. 10TH FL.    WASHINGTON, DC  20260
2. ALBERTO GONZALES, ESQ. ATTORNEY GENERAL
   950 PENNSYLVANIA AVE. NW  WASHINGTON, DC  20530

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.