## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONG O. CHUNG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-139-*** |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **22nd** day of **October, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Wednesday, October 24, 2007 at 2:00 p.m. with Magistrate Judge Thynge has been rescheduled to **Monday, October 29, 2007 at 3:00 p.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE