IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONG O. CHUNG, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C. A. No. 07-139-*** |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| | : |
|     Defendants. | : |

## ORDER

At Wilmington this **6th** day of **December, 2007**,

On December 5, the court received a letter, date November 27, 2007 and copied to defense counsel, from plaintiff regarding documents upon which plaintiff relies in support of his claims.  At present, the court is uncertain whether plaintiff intended to have this information become part of the court docket as an amendment to his complaint or whether such information was to be used for mediation/settlement purposes.  Presently, it has been included on the court docket as D.I. 13.  Therefore,

IT IS ORDERED that plaintiff is to advise by letter on or before December 21, 2007 whether his letter of November 27, 2007, with attachments was intended to be used for settlement/mediation purposes.  If it is, the court will remove it from the docket and the materials will be held as confidential and will be used solely for mediation/settlement purposes.

                                                            /s/ Mary Pat Thynge  
                                                          UNITED STATES MAGISTRATE JUDGE