FILED

111 Stirrup Dr.
Elkton, MD 21921
(410) 996-9502

December 14, 2007

To: Honorable Judge Mary Pat Thynge
RE: Documents for Court Docket for Civil Action No. 07-139

The letter dated November 27, 2007 sent to both the court and the defense had a "Documents of Reference" and a "Compensation Sought" section. The plaintiff requests that only the "Compensation Sought" documents be removed from the docket and be used for mediation/settlement purposes.
The plaintiff apologizes for inconveniences caused by the lack of clarity in this matter.

Many Thanks and Best Wishes for the Holidays,

Dong O. Chung

CC: Patricia C. Hannigan