IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONG O. CHUNG, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-139-***-MPT |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| Defendant, | : |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **January 23, 2008**, copies of the **DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served via Federal Express upon *pro se* Plaintif at the following address:

**Dong O. Chung**
111 Stirrup Drive
Elkton, MD 21924
*PRO SE*

             COLM F. CONNOLLY
             United States Attorney

          By:/s/Patricia C. Hannigan
            Patricia C. Hannigan
            Assistant United States Attorney
            Delaware Bar I.D. No. 2145
            The Nemours Building
            1007 Orange Street, Suite 700
            P. O. Box 2046
            Wilmington, DE 19899-2046
            (302) 573-6277
            Patricia.Hannigan@usdoj.gov