IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONG O. CHUNG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  C. A. No. 07-139-JJF |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **2nd** day of **April, 2008**,

IT IS ORDERED that the status teleconference scheduled for Thursday, May 8, 2008 at 8:30 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE